# UNITED STATES DISTRICT COURT

## District of Minnesota

Donald Allen

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 21-cv-1425 WMW/HB

Life Insurance Company of North America

Defendant.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements

awarded to any party.

Date: 1/25/2022

KATE M. FOGARTY, CLERK